IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICOLE RAWLEY, AMANDA FARNSWORTH, and HEATHER WHITLOW, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>Plaintiffs,<br><br>v.<br><br>TATTLE TAIL, INC. d/b/a Tattletale Lounge, a corporation; and DENIS G. KAUFMAN and CARLEEN J. BARNES, individuals,<br><br>Defendants. | Civil Action No. 1:14-cv-00090 |

## NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Forms for the following persons:

>Nicole Rawley

>Amanda Farnsworth

>Heather Whitlow

Dated: January 14, 2014

|  |  |
|---|---|
| | */s/ W. Anthony Collins, Jr.* |
| SMITH COLLINS, LLC | W. Anthony Collins, Jr. |
| 8565 Dunwoody Place | Georgia Bar No. 141712 |
| Bldg. 15, Ste. B | |
| Atlanta, GA 30350 | |
| (770) 378-1408 | |
| wicollin@hotmail.com | |
| | |
| | */s/ James R. Fletcher II* |
| MERRITT & FLETCHER | James R. Fletcher II |
| 1265 West Spring St., Ste. A | Georgia Bar No. 232541 |
| Smyrna, GA 30080 | |
| (678) 607-6053 | |
| jim@MerrittFletcher.com | |
| | |
| | *Attorneys for Plaintiffs* |

## CONSENT FORM

1. I hereby consent to join the lawsuit brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., to recover compensation due and owing to me from my employer, Tattletale Lounge, and or any related entity or individual that is determined to owe these wages.

2. Within the last three years, I was employed by Tattletale Lounge as a dancer or entertainer.

3. I hereby designate the law firms of Smith Collins, LLC; Merritt & Fletcher, LLC; and The Blaska Law Firm, LLC to represent me in this matter.

4. If this case does not proceed collectively then I consent to pursuing this matter in a subsequent proceeding or as an individual.

_01/08/14_
Date

_NICOLE L. RAWLEY_
Name

_Nicole L. Rawley_ (signed)
Signature

CONSENT FORM

1. I hereby consent to join the lawsuit brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., to recover compensation due and owing to me from my employer, Tattle Tail, Inc. (d/b/a Tattletale Lounge), and or any related entity or individual that is determined to owe these wages.

2. Within the last three years, I was employed by Tattle Tail, Inc. (d/b/a Tattletale Lounge) as a dancer or entertainer.

3. I hereby designate the law firms of Smith Collins, LLC; Merritt & Fletcher, LLC; and The Blaska Law Firm, LLC to represent me in this matter.

4. If this case does not proceed collectively then I consent to pursuing this matter in a subsequent proceeding or as an individual.

_1-10-2014_
Date

_Amanda Farnsworth_
Name

_Amanda M. Farnswor___
Signature

## CONSENT FORM

1. I hereby consent to join the lawsuit brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., to recover compensation due and owing to me from my employer, Tattle Tail, Inc. (d/b/a Tattletale Lounge), and or any related entity or individual that is determined to owe these wages.

2. Within the last three years, I was employed by Tattle Tail, Inc. (d/b/a Tattletale Lounge) as a dancer or entertainer.

3. I hereby designate the law firms of Smith Collins, LLC; Merritt & Fletcher, LLC; and The Blaska Law Firm, LLC to represent me in this matter.

4. If this case does not proceed collectively then I consent to pursuing this matter in a subsequent proceeding or as an individual.

1/11/2014
Date

Heather Whitlow
Name

Heather Whitlow
Signature

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **NICOLE RAWLEY, AMANDA FARNSWORTH, and HEATHER WHITLOW, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,**<br><br>Plaintiffs,<br><br>v.<br><br>**TATTLE TAIL, INC. d/b/a Tattletale Lounge, a corporation; and DENIS G. KAUFMAN and CARLEEN J. BARNES, individuals,**<br><br>Defendants. | Civil Action No. 1:14-cv-00090 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

N/A

I further certify that I have mailed by U.S. Mail the foregoing document to the following non-CM/ECF participants:

Tattle Tail, Inc.
c/o Denis G. Kaufman
2075-B Piedmont Road
Atlanta, GA 30324

Denis G. Kaufman
2075-B Piedmont Road
Atlanta, GA 30324

Carleen J. Barnes
2075-B Piedmont Road
Atlanta, GA 30324

Carleen J. Barnes
5605 Stoneleigh Dr.
Suwanee, GA 30024

Dated: January 14, 2014

| | |
|---|---|
| | /s/ W. Anthony Collins, Jr. |
| SMITH COLLINS, LLC | W. Anthony Collins, Jr. |
| 8565 Dunwoody Place | Georgia Bar No. 141712 |
| Bldg. 15, Ste. B | |
| Atlanta, GA 30350 | |
| (770) 378-1408 | |
| wicollin@hotmail.com | |
| | |
| | /s/ James R. Fletcher II |
| MERRITT & FLETCHER | James R. Fletcher II |
| 1265 West Spring St., Ste. A | Georgia Bar No. 232541 |
| Smyrna, GA 30080 | |
| (678) 607-6053 | |
| jim@MerrittFletcher.com | |

*Attorneys for Plaintiffs*