IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NICOLE RAWLEY et al.,**<br><br>　　　　**Plaintiffs,**<br><br>　v.<br><br>**TATTLE TAIL, INC. d/b/a Tattletale Lounge et al.,**<br><br>　　　　**Defendants.** | Civil Action No. 1:14-cv-00090 |

## ORDER

This case is before the Court for consideration of Plaintiffs' Motion for Conditional Class Certification [Doc. 7].

The Court conducted a telephonic status conference with the parties on March 19, 2014. During the conference, Defendants informed the Court that they no longer opposed Plaintiff's Motion for Conditional Class Certification and that they would consent to certification of a class consisting of all individuals who worked as entertainers at Tattletale Lounge as of January 13, 2011. Accordingly, Plaintiffs' Motion [Doc. 7] is **GRANTED** as unopposed.

The Court conditionally certifies a class consisting of all individuals who worked as entertainers at Tattletale Lounge from January 13, 2011 to the mailing date of notice of this lawsuit to the putative class. The Court approves the parties'

proposed Notice of Pendency of Lawsuit, attached hereto as Appendix A.

Defendants shall provide to Plaintiffs, within five (5) business days of the entry of this Order, the names, last known addresses and last four digits of social security number of all individuals who have worked for Defendants as entertainers since January 13, 2011 in an electronic and importable format so that Plaintiffs may send out the approved Notice.

Plaintiffs shall send out notices to all potential class members within ten (10) days after receipt of the entertainers' contact information from Defendants. Should any notices be returned as undeliverable, Plaintiffs shall be permitted to attempt a second mailing of those notices. The Notice Period in this case shall last sixty (60) days after Plaintiffs' first mailing of notices. Discovery in this case shall remain open for ninety (90) days following the close of the Notice Period.

**SO ORDERED**, this 8th day of April, 2014.

_____
**Amy Totenberg
United States District Judge**

**APPENDIX A**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NICOLE RAWLEY, AMANDA FARNSWORTH, and HEATHER WHITLOW, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,**<br><br>                    Plaintiffs,<br><br>         v.<br><br>**TATTLE TAIL, INC. d/b/a Tattletale Lounge, a corporation; and DENIS G. KAUFMAN and CARLEEN J. BARNES, individuals,**<br><br>                    Defendants. | Civil Action No. 1:14-cv-00090 |

<u>**NOTICE OF PENDENCY OF LAWSUIT**</u>

TO: ALL CURRENT AND FORMER ENTERTAINERS WHO HAVE WORKED AT TATTLETALE LOUNGE, 2075 PIEDMONT ROAD NE, IN ATLANTA, GEORGIA FROM JANUARY 13, 2011 TO [THE MAILING DATE].

RE : FAIR LABOR STANDARDS ACT MINIMUM WAGE AND OVERTIME LAWSUIT FILED AGAINST TATTLE TAIL, INC., DENIS G. KAUFMAN, AND CARLEEN J. BARNES.

**INTRODUCTION**

The purpose of this Notice is to: (1) Inform you that a collective action lawsuit exists that you might join, (2) Advise you how your rights may be affected by this

lawsuit, and (3) Instruct you on the procedure for participating in this lawsuit, if you choose to do so.

## DESCRIPTION OF THE ACTION

On January 13, 2014, an action was filed against Defendants Tattle Tail, Inc., d/b/a Tattletale Lounge ("Tattletale"), Denis G. Kaufman, and Carleen J. Barnes (collectively referred to as "Defendants") on behalf of the named Plaintiffs and all other similarly situated individuals who worked as entertainers at Tattletale during the past three years.

Plaintiffs allege that these individuals are owed overtime pay and/or minimum wages under the Federal Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq.

Defendants deny that they have violated the FLSA, or that any overtime pay or minimum wages are owed, and are defending against all claims that have been asserted against them. Specifically, Defendants contend that the entertainers are properly classified as independent contractors, and further deny that they are liable to Plaintiffs for overtime pay and/or minimum wage and any other damages sought in the action.

## YOUR RIGHT TO PARTICIPATE IN THIS ACTION

You may join in this lawsuit if: (a) you worked as an entertainer at Tattletale Lounge between January 13, 2011 and [MAILING DATE]; and (b) you were treated as an "independent contractor" by Defendants.

It is entirely your decision whether to join this lawsuit. You are not required to take any action unless you desire to join. If you fit the definition above for those who may join the lawsuit, you may choose to join this action by mailing or faxing the attached Consent Form to Plaintiffs' attorneys:

SMITH COLLINS, LLC
Attn: W. Anthony Collins, Jr.
8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA 30350
Phone: 770-806-7180

Facsimile: 404-437-6265

The Consent Form must be received by Smith Collins, LLC, on or before (60 days after mailing) for you to participate in this case.

### EFFECT OF JOINING OR NOT JOINING THIS ACTION

If you join this action, you will be bound by any ruling, judgment, award, or settlement, whether favorable or unfavorable. While this lawsuit is proceeding, you may be required to provide information and documents, or otherwise participate in this action.

If you file a Consent Form, your continued right to participate in this action will depend upon a later decision by the Court that you and the named Plaintiffs are "similarly situated" in accordance with applicable laws and that it is appropriate for this case to proceed as a collective action.

If you choose not to join this action, you will not be bound by any ruling, judgment, or settlement entered in this case, favorable or unfavorable. If you choose not to join this lawsuit, you may file a separate lawsuit on your own or choose to take no action at all.

### STATUTE OF LIMITATIONS

The FLSA has a two- to three-year statute of limitations, depending upon later decisions by the Court. If you choose to join this action, you may be able to recover damages only for hours worked within two or possibly three years of the date your Consent Form is filed. If you choose not to join in this action or file your own action, some or all of your potential claims may later be barred by the applicable statute of limitations.

### NO RETALIATION PERMITTED

You have an absolute right to join this lawsuit free from any fear that Defendants will retaliate against you in any way. The law prohibits retaliation against employees for exercising their rights under the FLSA. Although the issue of whether or not you are an employee or an independent contractor has yet to be decided, Defendants are prohibited from discharging you or retaliating against you in any other manner because you choose to participate in this action.

If you believe you are being retaliated against, or if anyone acting on Defendants' behalf threatens to retaliate against you at any time, you make seek legal counsel and ask for immediate relief in this Court. If your retaliation claims are successful, Defendants will be liable to you for damages caused by their retaliation.

## LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this case by filing a Consent Form, your interests will be represented by:

| | |
|---|---|
| SMITH COLLINS, LLC | MERRITT & FLETCHER, LLC |
| Attn: W. Anthony Collins, Jr. | Attn: Jim Fletcher |
| 8565 Dunwoody Place | 1535 Mount Vernon Road |
| Building 15, Suite B | Suite 150 |
| Atlanta, GA 30350 | Dunwoody, GA 30338 |
| Phone: 770-806-7180 | Phone: 770-433-9315 |
| Facsimile: 404-437-6265 | Website: www.wagelawsuit.com |
| Website: www.wagelawsuit.com | |

Plaintiffs' Counsel have taken this case on a contingency basis. They may be entitled to receive attorneys' fees and costs from Defendants should there be a recovery or judgment in Plaintiffs' favor. If there is a recovery, Plaintiffs' Counsel may receive a part of any settlement obtained or money judgment entered in favor of all members of the class. If there is no recovery or judgment in Plaintiffs' favor, Plaintiffs' Counsel will not seek any attorneys' fees or costs from any of the Plaintiffs. The specific terms and conditions will be contained in a fee agreement separately entered into by Plaintiffs' Counsel and you if you decide to participate in this case. Note that you have a right to consult with or retain other counsel.

**THIS NOTICE AND ITS CONTENT HAVE BEEN AUTHORIZED BY THE U .S. DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA, HONORABLE JUDGE AMY TOTENBERG**

**CONSENT FORM**

1.     I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., which seeks to recover compensation I may be owed by Tattle Tail, Inc. d/b/a Tattletale Lounge, Denis G. Kaufman, and Carleen J. Barnes.

2.     During the past three years, I worked as an entertainer at the nightclub Tattletale Lounge located in Atlanta. I did not receive an hourly wage, and I was required to pay fees and various fines when I worked.

3.     I hereby designate the law firms of Smith Collins, LLC; Merritt & Fletcher, LLC; and The Blaska Law Firm, LLC to represent me in this matter.

4.     If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Tattle Tail, Inc. d/b/a Tattletale Lounge, Denis G. Kaufman, and Carleen J. Barnes.

Date: _____          Signature: _____

                                                      Print Name: _____

_____

No Information Included Below Will be Filed With the Court

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name: _____
              (First)            (Middle)            (Last)

Address: _____

Home: _____ Work: _____ Cell: _____

Email: _____

Secondary Email: _____

Social Security Number: _____(or) Date of Birth: _____

Emergency Contact: _____
                                  (In case we lose contact with you)

FAX OR MAIL TO: Smith Collins, LLC (Attn. W. Anthony Collins, Jr.), 8565 Dunwoody Place, Building 15, Suite B, Atlanta, Georgia 30350; Phone: 770-806-7180; Facsimile: 404-4376265; Website: www.wagelawsuit.com