IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICOLE RAWLEY, AMANDA FARNSWORTH, and HEATHER WHITLOW, individually and on behalf of all others similarly situated who consent to their inclusion in this collective action, <br><br>            Plaintiffs,<br><br>v.<br><br>TATTLE TAIL, INC. d/b/a Tattletale Lounge, a corporation; and DENIS G. KAUFMAN and CARLEEN J. BARNES, individuals,<br><br>            Defendants. | Civil Action No.: 1:14-cv-00090-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2014, I served a copy of DEFENDANTS' FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFFS upon: NICOLE RAWLEY, AMANDA FARNSWORTH, HEATHER WHITLOW, VICTORIA BODAWALA, DAPHINE COUCH, ANNA KRANOVA, KRISTEN WAYT, MINDY HAMPTON, MEAGAN VOGEL, ALICE C. THOMPSON, JENNIFER WOMACK, MELANIE DIAZ FARRAR, NICOLE FORRESTER,

AMANDA PARNELL, CHRISTINA TILLMAN, TERRI LESLIE BOWMAN, AND TERESA ROTH by depositing a true copy of same in the U.S. mail, postage prepaid, to Plaintiffs' counsel as follows: by U.S. Mail, addressed to:

Matthew W. Herrington
SMITH COLLINS, LLC
8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA 30350
(770) 378-1408

*s/ Rachel H. Smith*
Counsel for Defendants Tattle Tail, Inc., Denis G. Kaufman and Carleen J. Barnes