IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NICOLE RAWLEY et al.,**  Plaintiffs,  v.  **TATTLE TAIL, INC. et al.,**  Defendants. | Civil Action No. 1:14-cv-00090-AT |

### JOINT MOTION TO STAY ALL PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS

NOW COME Plaintiffs Nicole Rawley, Amanda Farnsworth, and Heather Whitlow, individually and on behalf of all others similarly situated, and Defendants Tattle Tail, Inc., Denis Kaufman, and Carleen Barnes, and jointly move that this Court stay all proceedings in this Action pending the outcome of settlement negotiations.

Initial discovery in this Action has been conducted and the notice period for plaintiffs to opt-in to this conditional collective action has closed. The Parties believe that they have sufficient information at this point to enter into settlement negotiations.

Because deadlines for discovery and dispositive motions are approaching, and to avoid occupying this Court with unnecessary matters, the Parties therefore request that this Court **STAY all proceedings in this matter through September 22, 2014, pending the outcome of the Parties' settlement negotiations.**

This 24th day of July 2014.

                Respectfully submitted.

| | |
|---|---|
| */s/ Matthew W. Herrington* | */s/ Gregory R. Fidlon, Esq.* |
| W. Anthony Collins, Jr. | Gregory R. Fidlon, Esq. |
| Georgia Bar No. 141712 | Georgia Bar No. 259317 |
| Matthew W. Herrington | LAW OFFICES OF GREGORY R. |
| Georgia Bar No. 275411 | FIDLON, P.C. |
| SMITH COLLINS, LLC | Northpark Town Center |
| 8565 Dunwoody Place | 1200 Abernathy Road |
| Building 15, Suite B | Bldg. 600, Suite 1700 |
| Atlanta, GA 30350 | Atlanta, GA 30328 |
| (404) 806-7180 | Tel: (770) 807-0083 |
| *anthony@smithcollinsllc.com* | Fax: (770) 807-0460 |
| *matthew@smithcollinsllc.com* | *greg@fidlonlegal.com* |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NICOLE RAWLEY et al.,**  **Plaintiffs,**  **v.**  **TATTLE TAIL, INC. et al.,**  **Defendants.** | Civil Action No. 1:14-cv-00090-AT |

## L.R. 7.1 CERTIFICATION & CERTIFICATE OF SERVICE

I hereby certify that this document has been prepared with one of the font and point selections approved by the court in LR 5.1 or, if type written, that the brief does not contain more than 10 characters per inch of type. This document was prepared in Times New Roman 14 point font.

I hereby certify that on the date signed below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Gregory R. Fidlon<br>LAW OFFICES OF GREGORY R. FIDLON, P.C.<br>Northpark Town Center<br>1200 Abernathy Road<br>Bldg. 600, Suite 1700<br>Atlanta, GA 30328<br>greg@fidlonlegal.com | Alan I. Begner<br>BEGNER & BEGNER, P.C.<br>5180 Roswell Rd.<br>South Bldg., Suite 100<br>Atlanta, GA 30342<br>abegner@bellsouth.net |

Dated: July 24, 2014.

SMITH COLLINS, LLC

/s/ *Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411
*matthew@smithcollinsllc.com*

8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA 30350
(404) 806-7180

*Attorneys for Plaintiff*