IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NICOLE RAWLEY, et al, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:14-cv-0090-AT |
| | : | |
| TATTLE TAIL, INC., et al, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Having read and considered the parties' joint motion to stay all proceedings pending settlement negotiations [Doc. 45], and for good cause shown, the motion to seal is hereby **GRANTED**. All proceedings in this matter are **STAYED** through September 22, 2014, pending the outcome of the parties' settlement negotiations. In the event that this case is not closed prior to September 22, 2014, the Clerk is **DIRECTED** to resubmit this matter to the undersigned on September 23, 2014.

It is so **ORDERED** this 1st day of August, 2014.

_____
Amy Totenberg
United States District Judge