IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NICOLE RAWLEY et al.,**<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**TATTLE TAIL, INC. et al.,**<br><br>　　　　**Defendants.** | Civil Action No. 1:14-cv-00090 |

## JOINT MOTION TO EXTEND STAY OF ALL PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS

NOW COME Plaintiffs Nicole Rawley, Amanda Farnsworth, and Heather Whitlow, individually and on behalf of all others similarly situated, and Defendants Tattle Tail, Inc., Denis Kaufman, and Carleen Barnes, and jointly move that this Court to extend the stay currently in place in this case for an additional period of 45 days pending the outcome of settlement negotiations. In support of this Motion to Extend the Stay, the parties state as follows:

(1) Following the entry of the first stay, the parties, through negotiation, were able to devise a basic framework for the calculation of hours worked by Plaintiffs in this case;

(2) Using this framework, Plaintiffs were able to review and analyze documents and information provided by Defendants in discovery to tabulate what they believe to be accurate calculations for the numbers of hours worked and alleged damages incurred by the original 17 Plaintiffs in this case (*i.e.*, the named Plaintiffs and those that opted into the lawsuit prior to issuance of the class notice) and provide those calculations to Defendants who are now endeavoring to compare this information with their own calculations;

(3) Calculations for the remaining 15 opt-in Plaintiffs must still be done. These calculations are time intensive and involve manually inspecting hundreds of pages of "sign out sheets" and other documents, and then manually tabulating shifts;

(4) Additionally, Plaintiffs conveyed to Defendants several legal theories which, if proven, would impact their damage calculations. Defendants are currently researching and preparing their responses to these legal claims.

(5) The Parties believe that by the end of this proposed 45-day extension period, they will be in a position to either settle or effectively mediate this case, or determine that the case should continue pursuant to the

scheduling order previously entered (with deadlines extended in accordance with the stay); and

(6) This stay is not sought for the purposes of delay and the Parties are actively participating in the settlement process in good faith.

The Parties therefore request that this Court **STAY all proceedings in this matter through November, 6 2014, pending the outcome of the Parties' settlement negotiations.**

This 22nd day of September 2014.

Respectfully submitted.

| | |
|---|---|
| */s/ Matthew W. Herrington* | */s/ Gregory R. Fidlon, Esq.* |
| W. Anthony Collins, Jr. | Gregory R. Fidlon, Esq. |
| Georgia Bar No. 141712 | Georgia Bar No. 259317 |
| Matthew W. Herrington | LAW OFFICES OF GREGORY R. |
| Georgia Bar No. 275411 | FIDLON, P.C. |
| SMITH COLLINS, LLC | Northpark Town Center |
| 8565 Dunwoody Place | 1200 Abernathy Road |
| Building 15, Suite B | Bldg. 600, Suite 1700 |
| Atlanta, GA 30350 | Atlanta, GA 30328 |
| (404) 806-7180 | Tel: (770) 807-0083 |
| *anthony@smithcollinsllc.com* | Fax: (770) 807-0460 |
| *matthew@smithcollinsllc.com* | *greg@fidlonlegal.com* |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NICOLE RAWLEY et al.,**        **Plaintiffs,**        **v.**  **TATTLE TAIL, INC. et al.,**        **Defendants.** | Civil Action No. 1:14-cv-00090 |

## L.R. 7.1 CERTIFICATION & CERTIFICATE OF SERVICE

I hereby certify that this document has been prepared with one of the font and point selections approved by the court in LR 5.1 or, if type written, that the brief does not contain more than 10 characters per inch of type. This document was prepared in Times New Roman 14 point font.

I hereby certify that on the date signed below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Gregory R. Fidlon<br>LAW OFFICES OF GREGORY R. FIDLON, P.C.<br>Northpark Town Center<br>1200 Abernathy Road<br>Bldg. 600, Suite 1700<br>Atlanta, GA 30328<br>greg@fidlonlegal.com | Alan I. Begner<br>BEGNER & BEGNER, P.C.<br>5180 Roswell Rd.<br>South Bldg., Suite 100<br>Atlanta, GA 30342<br>abegner@bellsouth.net |

Dated: September 22, 2014.

SMITH COLLINS, LLC

*/s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411
*matthew@smithcollinsllc.com*

8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA 30350
(404) 806-7180

*Attorneys for Plaintiff*