IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NICOLE RAWLEY et al.,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**TATTLE TAIL, INC. et al.,**<br><br>    **Defendants.** | Civil Action No. 1:14-cv-00090 |

## JOINT MOTION TO EXTEND STAY OF ALL PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS

NOW COME Plaintiffs Nicole Rawley, Amanda Farnsworth, and Heather Whitlow, individually and on behalf of all others similarly situated, and Defendants Tattle Tail, Inc., Denis Kaufman, and Carleen Barnes, and jointly move that this Court to extend the stay currently in place in this case for an additional period of thirty (30) days pending the outcome of settlement negotiations or mediation.  In support of this Motion to Extend the Stay, the parties state as follows:

(1) Following the entry of the extension of the previous stay, the parties have continued to work towards resolving this complex collective action that involves 33 Plaintiffs and opt-ins.

(2) Since the previous stay was entered by the Court, the parties have completed their damage calculations for the remaining sixteen (16) Plaintiffs who opted-in to the collective action during the notice period. These calculations were labor-intensive and required inspecting hundreds of pages of "sign-out sheets," then manually tabulating shifts and total hours for each individual Plaintiff.

(3) The parties have exchanged written analyses of their legal positions and initial settlement offers and counteroffers, and continue to work toward resolution;

(4) The parties expect that they will determine in the next week or so whether the case can be resolved through a negotiated settlement or, alternatively, if they will agree to schedule a mediation to assist with settlement efforts;

(5) The parties therefore seek an additional thirty (30) day stay to allow sufficient time to either reach a negotiated settlement or to schedule mediation. On or before the conclusion of the requested stay period, the parties shall report to the Court the status of their settlement efforts.

(6) This stay is not sought for the purposes of delay and the parties are actively participating in the settlement process; and

The parties therefore request that this Court **STAY all proceedings in this matter through December 8, 2014, pending the outcome of the parties' settlement negotiations or mediation.**

This 8th day of November, 2014.

Respectfully submitted.

| | |
|---|---|
| */s/ W. Anthony Collins, Jr.* | */s/ Gregory R. Fidlon, Esq.* |
| W. Anthony Collins, Jr. | Gregory R. Fidlon, Esq. |
| Georgia Bar No. 141712 | Georgia Bar No. 259317 |
| SMITH, COLLINS & FLETCHER, P.A. | LAW OFFICES OF GREGORY R. FIDLON, P.C. |
| 8565 Dunwoody Place | Northpark Town Center |
| Building 15, Suite B | 1200 Abernathy Road |
| Atlanta, GA 30350 | Bldg. 600, Suite 1700 |
| Tel: (678) 245-6785 | Atlanta, GA 30328 |
| Fax: (888) 413-3031 | Tel: (770) 807-0083 |
| *anthony@scandf.com* | Fax: (770) 807-0460 |
| | greg@fidlonlegal.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NICOLE RAWLEY et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**TATTLE TAIL, INC. et al.,**<br><br>**Defendants.** | Civil Action No. 1:14-cv-00090 |

## L.R. 7.1 CERTIFICATION & CERTIFICATE OF SERVICE

I hereby certify that this document has been prepared with one of the font and point selections approved by the court in LR 5.1 or, if type written, that the brief does not contain more than 10 characters per inch of type. This document was prepared in Times New Roman 14 point font.

I hereby certify that on the date signed below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Gregory R. Fidlon<br>LAW OFFICES OF GREGORY R. FIDLON, P.C.<br>Northpark Town Center<br>1200 Abernathy Road<br>Bldg. 600, Suite 1700<br>Atlanta, GA 30328<br>greg@fidlonlegal.com | Alan I. Begner<br>BEGNER & BEGNER, P.C.<br>5180 Roswell Rd.<br>South Bldg., Suite 100<br>Atlanta, GA 30342<br>abegner@bellsouth.net |

Dated: November 8, 2014.

SMITH COLLINS, LLC

*/s/ W. Anthony Collins, Jr.*
W. Anthony Collins, Jr.
Georgia Bar No. 141712

8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA 30350
(404) 806-7180

*anthony@scandf.com*

*Attorneys for Plaintiffs*