IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NICOLE RAWLEY et al.,**<br><br>　　　　**Plaintiffs,**<br><br>　v.<br><br>**TATTLE TAIL, INC. d/b/a Tattletale Lounge et al.,**<br><br>　　　　**Defendants.** | Civil Action No. 1:14-cv-00090 |

## ORDER

The Court **APPROVES** the dismissal without prejudice of Plaintiff Nicole Rawley and Opt-in Plaintiff Anna Kranova [Docs. 57 and 58]. The Clerk is **DIRECTED** to update the docket to reflect Plaintiffs Amanda Farnsworth and Heather Whitlow as the named representative plaintiffs for the collective action.

**SO ORDERED**, this 20th day of August, 2015.

_____
**Amy Totenberg**
**United States District Judge**