IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMANDA FARNSWORTH, and HEATHER WHITLOW, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>Plaintiffs,<br><br>v.<br><br>TATTLE TAIL, INC. d/b/a Tattletale Lounge, a corporation; and DENIS G. KAUFMAN and CARLEEN J. BARNES, individuals,<br><br>Defendants. | Civil Action No. 1:14-cv-00090 |

**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT**

This matter came before the Court on a Joint Motion to Approve Settlement submitted by Plaintiffs Amanda Farnsworth and Heather Whitlow (the "Named Plaintiffs"), and certain other individuals who have opted into this collective action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, namely Amber Akaraskul, Tanya Aviles, Victoria Bodawala, Terri Bowman, Daphne Couch, Melanie Diaz Farrar, Nicole Forrester, Amy Gardner, Mindy Hampton, Katherine Jenkins, Maria Mantilla, Casey Messing, Markel Mitchell,

Stephanie Rimel, Teresa Roth, Autumn Smith, Star Sullivan, Alice Thompson, Christina Tillman, Meagan Vogel, Kristen Wayt and Jennifer Womack (the "Opt-In Plaintiffs") (collectively the "Settling Plaintiffs"), and Defendants Tattle Tail, Inc., Denis G. Kaufman and Carleen J. Barnes ("Defendants").

It appearing to the Court that the parties consent, and finding good cause, the Court does hereby APPROVE the parties' stipulated settlement, finding that it is fair and reasonable settlement of a bona fide dispute between the parties, and dismisses the Settling Plaintiffs' claims with prejudice.

The opt-in Plaintiffs who did not elect to join in the settlement are: Denise Banner, Kristen Cabrices, Elizabeth Flanagan, Rebekah Harvey, Katherine Liu, Amanda Parnell, and Sara Thomas (the "Non-Signing Plaintiffs").  The Court GRANTS Plaintiffs' counsel's motion to withdraw from representation of the Non-Signing Plaintiffs, and dismisses the Non-Signing Plaintiffs' claims without prejudice, and approves the notice submitted by the parties to be sent by Plaintiffs' counsel to the Non-Signing Plaintiffs notifying them of their rights.

The Court GRANTS the parties' request for the treatment of the portion of the settlement funds allocated to the Non-Signing Plaintiffs as follows:

1. Defendants shall pay the settlement amounts (and respective attorney's fees) contemplated for the Non-Signing Plaintiffs into an IOLTA escrow

account maintained by Defendants' counsel, and said amounts shall remain in such account for 12 months following the Court's approval of the settlement, during which time such funds would be available to any Non-Signing Plaintiff who chooses to join the settlement by notifying Defendants' counsel.

2. Should any Non-Signing Plaintiff claim her allocated portion of the settlement during the 12-month period, Tattletale shall pay her respective allocated share of the settlement within 5 business days following her execution of a release in the same form, and containing all of the same terms and conditions, as those contained in the Settlement Agreement. Upon making any such settlement payment to a Non-Singing Plaintiff, Tattletale shall also pay to Plaintiffs' counsel the respective attorney's fees attributed to that Non-Signing Plaintiff's allocated portion of the settlement payment.

3. If, following the Court's entry of its dismissal order, any Non-Signing Plaintiff elects to file suit against Defendants on any claim asserted in the Action, Defendants and their counsel shall be relieved of their obligation to hold the settlement funds attributable to that Non-Signing Plaintiff in escrow, and the said funds shall revert back to Tattletale. Likewise,

3

following expiration of the 12-month escrow period, any remaining unclaimed funds in the escrow account shall revert back to Tattletale.

4. As stipulated by the parties, the Court shall retain jurisdiction over this Action for purposes of enforcing the settlement.

The Clerk is DIRECTED to close the case.

SO STIPULATED:

*s/ W. Anthony Collins, Jr.*
W. Anthony Collins, Jr.
Georgia Bar No. 141712
*Anthony@SCandF.com*
SMITH COLLINS & FLETCHER,
P.A. 8565 Dunwoody Place
Building 15, Suite B
Atlanta, Georgia 30350
Telephone: (678) 245-6785
Facsimile: (888) 413-3031
*Attorneys for the Settling Plaintiffs*

*s/ Gregory R. Fidlon*
Gregory R. Fidlon
Georgia Bar No. 259317
*greg@fidlonlegal.com*
LAW OFFICES OF
GREGORY R. FIDLON, P.C.
1200 Abernathy Road
Building 600, Suite 1700
Atlanta, Georgia 30328
Telephone: (770) 807-0083
Facsimile: (770) 807-0460
*Attorneys for Defendants*

SO ORDERED this  25th  day of  September        , 2015

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE